IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILSON GEOVANY HERNANDEZ GUTIERREZ,<br><br>*Petitioner*,<br><br>v.<br><br>LEONARD ODDO,<br><br>*Respondent*. | Civil Action No. 3:26-cv-1753<br><br>Hon. William S. Stickman IV |

**ORDER OF COURT**

Pending before the Court is Petitioner's *pro se* Petition for Writ of Habeas Corpus. (ECF No. 1). Petitioner, a native and citizen of Guatemala, is currently detained at Moshannon Valley Processing Center. He made illegal entry into the United States in 2019. Petitioner was taken into immigration custody on August 15, 2026, and his removal proceedings remain ongoing. The threshold issue in his petition concerns whether he is entitled to a bond hearing under 8 U.S.C. § 1226, or whether he is subject to mandatory detention under 8 U.S.C. § 1225 pursuant to the interpretation set forth in *Matter of Yajure Hurtado*, 29 I. & N. Dec. 216 (BIA 2025) or *Matter of Q. Li*, 29 I. & N. Dec. 66 (BIA 2025). Based on the United States Court of Appeals for the Third Circuit's recent decision in *Buele Morocho v. Warden Philadelphia FDC*, -- F.4th --, 2026 WL 2546223 (3d Cir. Aug. 28, 2026), the Court holds that Petitioner is entitled to relief in the form of an individualized bond hearing before an immigration judge.

The Court recognizes that Petitioner apparently withdrew his request for a custody redetermination on September 9, 2026 (ECF No. 7-1), but then he filed this petition on September 8, 2026 (ECF No. 1), seeking a bond hearing. As such, the Court will not do as

Respondent suggests and "deny as moot the Petition because [Petitioner] has access to a bond hearing in the immigration court under § 1226(a)." (ECF No. 7, p. 3). While it is true that Petitioner has access to a bond hearing in the immigration court, this Order simply assures that such an individualized hearing is scheduled.

AND NOW, this 28th day of September 2026, IT IS HEREBY ORDERED that Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED IN PART and DENIED IN PART. It is GRANTED in that within thirty (30) days of this Order, Petitioner must receive an individualized bond hearing before a neutral immigration judge pursuant to 8 U.S.C. § 1226. IT IS FURTHER ORDERED that the petition is DENIED to the extent it requests any additional relief.

BY THE COURT:

*/s/William S. Stickman IV*
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE